## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **FIFTH THIRD BANK, NATIONAL ASSOCIATION, f/k/a Fifth Third Bank,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | CIVIL ACTION NO. 1:21-cv-00245-SCJ |
| **RECLEIM LLC**, a Delaware limited liability company, **RECLEIM NOVA, LLC**, a Delaware limited liability company, **RECLEIM LOGISTICS, LLC**, a Delaware limited liability company, **RECLEIM OH, LLC**, a Delaware limited liability company, **RECLEIM PA, LLC**, a Delaware limited liability company, **RECLEIM SC LLC**, a Delaware limited liability company, **PEACHTREE INVESTMENT SOLUTIONS, LLC**, a Georgia limited liability company, **JON STEPHEN BUSH**, individually, and **DWAYNE PETERSON DAVIS**, individually, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** FIFTH THIRD BANK, NATIONAL ASSOCIATION, f/k/a Fifth Third Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby files this Notice of Voluntary Dismissal of this action *without prejudice*.

Dated this the 22nd day of February, 2021.

*/s/ Graham H. Stieglitz*
Graham H. Stieglitz
Georgia Bar No. 682047
Valerie K. Richmond
Georgia Bar No. 142188

Attorneys for Plaintiff

BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
(404) 815-3000

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2021, I electronically filed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, and served a copy of said document on the following addresses through first-class, United States mail, postage prepaid:

Recleim LLC
c/o The Corporation Trust company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Recleim LLC
c/o CT Corporation System, Registered Agent
289 S. Culver Street
Lawrenceville, GA  30046-4805

Recleim Nova, LLC
c/o The Corporation Trust company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Recleim Logistics, LLC
c/o The Corporation Trust company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

45075129 v1

Recleim OH, LLC
c/o The Corporation Trust company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Recleim SC, LLC
c/o The Corporation Trust company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Recleim PA, LLC
c/o The Corporation Trust company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

/s/ Graham H. Stieglitz
Graham H. Stieglitz
Georgia Bar No. 682047
Valerie K. Richmond
Georgia Bar No. 142188

Attorneys for Plaintiff

BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
(404) 815-3000

45075129 v1                                   4